UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA MIRIAM ESTRADA SUAREZ,

Plaintiff(s)

v.                                                 Civil No. 97-2893(PG)

CALEB BRETT USA, INC., d/b/a
INTERTEK TESTING SERVICES,

Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket entry No.17 – Joint Motion Requesting Extension of Time, etc. | _X_ is GRANTED. |
|  | ___ is DENIED. |
|  | ___ is MOOT. |
|  | ___ is NOTED. |

Date: September _8_, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

