UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

ANA MIRIAM ESTRADA SUAREZ,

    Plaintiff

    v.    Civ. No. 97-2893 (PG)

CALEB BRETT USA, INC., d/b/a
INTERTEK TESTING SERVICES,

    Defendant

## JUDGMENT

The Court having approved the parties' Joint Motion for Voluntary Dismissal with prejudice, it is hereby

**ORDERED and ADJUDGED** that the instant action is **DISMISSED with prejudice**.

San Juan, Puerto Rico, November 18, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge



AO 72A
(Rev. 8/82)