UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 19 AM 8 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ANA MIRIAM ESTRADA SUAREZ,

    Plaintiff(s)

v.       Civil No. 97-2893(PG)

CALEB BRETT USA, INC., d/b/a
INTERTEK TESTING SERVICES,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket entry No.20 – Motion Submitting Settlement Agreement Under Seal | Granted. The settlement agreement shall be kept under seal. |

Date: November 18, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

